**Artenio Aguilar BEJAR, aka Artemio Aguilar Teja, aka Antonio Aguilar Bejar, Petitioner,**

v.

**Loretta E. LYNCH, Attorney General, Respondent.**

No. 13–71508.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 9, 2015.*

Filed Dec. 14, 2015.

Patricia Vargas, Patricia Vargas & Associates, Los Angeles, CA, for Petitioner.

Charles S. Greene, Oil, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: WALLACE, RAWLINSON, and IKUTA, Circuit Judges.

MEMORANDUM **

Artenio Aguilar Bejar, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's decision denying his application for cancellation of removal. Our jurisdiction is governed by 8 U.S.C. § 1252. We dismiss the petition for review.

We lack jurisdiction to consider Aguilar Bejar's due process claim because it is procedural in nature and he failed to raise it to the BIA. *See Barron v. Ashcroft,* 358 F.3d 674, 678 (9th Cir.2004).

**PETITION FOR REVIEW DISMISSED.**

Nicole Prairie, Oil, U.S. Department of Justice, Washington, DC Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: WALLACE, RAWLINSON, and IKUTA, Circuit Judges.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

